# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 6, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156516 & (3)

MICHAEL E. TINDALL,
   Plaintiff,

v               SC: 156516

ATTORNEY DISCIPLINE BOARD,
   Defendant.
_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2017



          Clerk

s1003